## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 3:11–cr-00129-LRH-WGC |
| Plaintiff, | **MINUTE ORDER** |
| v. | |
| DUEL ANTHONY COBB, | February 2, 2012 |
| Defendant. | |

PRESENT:   THE HONORABLE LARRY R. HICKS, U.S. DISTRICT JUDGE

DEPUTY CLERK:   NONE APPEARING         REPORTER: NONE APPEARING

COUNSEL FOR PETITIONER(S): NONE APPEARING

COUNSEL FOR RESPONDENT(S): NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

Before the court is Defendant's Motion for Dual Purpose Evaluation to Determine Competency to Stand Trial and Existence of Mental Disease or Defect at the Time of Offense (#19[1]). No opposition has been filed on the part of the Government. Good cause appearing,

Defendant's Motion for Dual Purpose Evaluation to Determine Competency to Stand Trial and Existence of Mental Disease or Defect at the Time of Offense (#19) is **GRANTED**.

IT IS FURTHER ORDERED that the parties shall submit a mutually acceptable proposed formal order to the Court within ten (10) days of this order.

IT IS SO ORDERED.

LANCE S. WILSON, CLERK

By:         /s/
        Deputy Clerk

---

[1] Refers to court's docket number.