UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | 3:11-cr-00129-LRH-WGC |
| Plaintiff, ) | |
| ) | ORDER |
| vs. ) | |
| ) | |
| DUEL ANTHONY COBB, ) | |
| ) | |
| Defendant. ) | |

The Court has received reports from the Federal Detention Center, Sea Tac, Washington, concerning the mental competency and criminal responsibility of Mr. Cobb relative to this particular case. A copy of the competency evaluation is attached and sealed as exhibit A, and a copy of the criminal responsibility evaluation is attached and sealed as exhibit B. The Court has considered each of them.

GOOD CAUSE APPEARING, it is hereby ORDERED that a copy of the competency report (sealed exhibit A) be delivered to Megan Rachow, Assistant United States Attorney, and to Ramon Acosta, Defense Attorney. With regard to sealed exhibit B, the criminal responsibility evaluation report, it is hereby ordered that a copy of it be delivered to Ramon Acosta, Defense Attorney. Mr. Acosta shall be free to deliver a copy of it to Assistant United States Attorney Megan Rachow, in Mr. Acosta's discretion.

A status conference concerning the pendency of this matter shall be scheduled within ten (10) days of this order.

///

In the event that Mr. Cobb has not yet been returned to the jurisdiction of the District of Nevada, it is hereby ORDERED that the United States Marshal's Office arrange for appropriate transportation and return of Mr. Cobb to the District of Nevada.

IT IS SO ORDERED.

DATED this 10th day of May, 2012.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE